**Chase MARCONI, Plaintiff–Appellant,**

v.

**Michael J. ASTRUE, Defendant–Appellee.**

**No. 06–4263.**

United States Court of Appeals, Seventh Circuit.

Argued Oct. 3, 2007.

Decided Nov. 6, 2007.

Barry A. Schultz, Evanston, IL, for Plaintiff–Appellant.

Karen L. Sayon, Social Security Administration, Office of The General Counsel, Chicago, IL, for Defendant–Appellee.

Before JOHN L. COFFEY, Circuit Judge, KENNETH F. RIPPLE, Circuit Judge and MICHAEL S. KANNE, Circuit Judge.

**ORDER**

Chase Marconi applied for Disability Insurance Benefits ("DIB"), alleging that he suffers from a mental impairment that became disabling before June 30, 2002, the date his disability insurance lapsed. The issue on appeal is whether the Social Security Administration applied the law correctly and relied on substantial evidence in concluding that Marconi was not disabled as of the date he was last insured. Because the administrative law judge ("ALJ") correctly applied the law in finding that Marconi did not have a severe impairment and substantial evidence supports this finding, we affirm.